## MARY PEDUZZI
### vs.
## PAOLO GAMBARDELLA, ET AL.

Superior Court      New Haven County      File #43843

Memorandum of Decision Filed March 28, 1935, denying motion to set aside verdict on the same grounds as in, **James Leonard vs. Paolo Gambardella, supra.**